STATE v. CORBETT

No. 312P85.

Case below: 73 N.C. App. 700.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 July 1985.

STATE v. CORLEY

No. 363A85.

Case below: 75 N.C. App. 245.

Petition by Attorney General for writ of supersedeas allowed 3 July 1985.

STATE v. DAVIS

No. 282P85.

Case below: 74 N.C. App. 411.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. HIGHSMITH

No. 265P85.

Case below: 74 N.C. App. 96.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. JOHNSON

No. 374P85.

Case below: 75 N.C. App. 363.

Petition by Attorney General for writ of supersedeas under Rule 23 denied 3 July 1985.